IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01536-GPG

DANE S. NEWTON,

    Applicant,

v.

MICHAEL MILLER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DISMISSING CASE

    Applicant, Dane S. Newton, is a prisoner in the custody of the Colorado Department of Corrections.  Mr. Newton has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) that is not signed and a letter (ECF No. 3) requesting a certificate of appealability to appeal from the dismissal of his prior habeas corpus action.  *See Newton v. Miller*, No. 14-cv-02982-KMT (D. Colo. July 1, 2015).  The instant action was commenced, although it is not clear whether Mr. Newton intended to initiate a new habeas corpus action.

    The instant action will be dismissed for lack of jurisdiction.  Assuming Mr. Newton intended to initiate a new habeas corpus action, there is no indication that he has obtained authorization to file a second or successive habeas corpus application and, in the absence of such authorization, the Court lacks jurisdiction to consider his claims in a second or successive application.  *See In re Cline*, 531 F.3d 1249, 1251-52 (10th Cir. 2008) (per curiam).  However, the clerk of the Court will be directed to file in case

number 14-cv-02982-KMT a copy of the letter (ECF No. 3) requesting a certificate of appealability in that action.  Accordingly, it is

ORDERED that the instant action is dismissed for lack of jurisdiction.  It is

FURTHER ORDERED that the clerk of the Court file in case number 14-cv-02982-KMT a copy of the letter (ECF No. 3) requesting a certificate of appealability in that action.

DATED at Denver, Colorado, this   23rd   day of     July      , 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court